THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Trayawn L. Burgess,       
Appellant.
 
 
 

Appeal From Florence County
J. Michael Baxley, Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-427
Submitted April 18, 2003  Filed 
 June 24, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy 
 Attorney General John W. McIntosh and Assistant Deputy Attorney General Charles 
 H. Richardson, all of Columbia; and Solicitor Edgar L. Clements, III, of Florence, 
 for Respondent.
 
 
 

PER CURIAM:  Trayawn L. Burgess pled guilty 
 to simple possession of crack cocaine, resisting arrest, and failure to stop 
 for a blue light.  He was sentenced to ten years for possession of crack cocaine, 
 three years, concurrent, for failure to stop for a blue light, and one year, 
 concurrent, for resisting arrest. Burgess appellate counsel filed a brief pursuant 
 to Anders v. California, 386 U.S. 738 (1967).  Counsel additionally submitted 
 a petition to be relieved from representation, asserting there are no directly 
 appealable issues of arguable merit.  Burgess did not file a pro se 
 response with the Court.
After a review of the record pursuant to Anders 
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss 
 the appeal and grant counsels petition to be relieved. 
 [1] 
APPEAL DISMISSED.
CURETON, ANDERSON, and HUFF, JJ., concur.

 
 
 [1] We decide this case without oral argument pursuant to Rule 215, SCACR.